IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN KARLIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 20-3113 |
| ANDREW M. SAUL, | : | |
| Defendant. | : | |

# **ORDER**

AND NOW, this 21st day of May, 2021, upon consideration of Plaintiff's Request for Review (Doc. No. 14), the Defendant's Response thereto (Doc. No. 15), and Plaintiff's Reply (Doc. No. 16), IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE